NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BERNALDINO RAMOS-VAZQUEZ,       )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D19-1526
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hendry County; James D. Sloan,
Judge.

Bernaldino Ramos-Vazquez, pro se.


PER CURIAM.

          Affirmed.  See Galindez v. State, 955 So. 2d 517 (Fla. 2007); McDonald v.
State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d
DCA 2009); Knight v. State, 6 So. 3d 733 (Fla. 2d DCA 2009); Pratte v. State, 946 So.
2d 1184 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);
Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d
1054 (Fla. 2d DCA 2002).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.